```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0054--CR (JWS)
                    "USA V WESLEY B. BUERKLE"
                    DEF 1.1 BUERKLE, WESLEY B.

        Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  06/23/05
            Closed:  NO
 No. of Defendants:  1
    MJ Case Number:
               AKA:
   Location status:  U.S. Custody
        Trial date:  09/13/05
        Terminated:  NO
 Needs interpreter:  NO
 Counsel of record:  Kevin F. McCoy
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Kevin Feldis
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 BUERKLE, WESLEY B.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:922(g)(1) and 924(a)(2) FELON IN POSSESSION OF A FIREARM (F) | Pending |
| 1 - 1 IND | 2 | 18:922(g)(4) and 924(a)(2) PROHIBITED PERSON IN POSESSION OF A FIREARM (F) | Pending |
| 1 - 1 IND | 3 | 18:924(d)(1) CRIMINAL FORFEITURE (F) | Pending |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0054--CR (JWS)
                                "USA V WESLEY B. BUERKLE"

                                     For all filing dates


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 06/23/05
            Closed: NO
No. of Defendants: 1


 Document #   Filed     Docket text

 NOTE -   1  06/22/05   [Re: DEF 1] Issued WOA.

    1 -   1  06/22/05   [Re: DEF 1] PLF 1 Indictment.

    2 -   1  06/23/05   [Re: DEF 1] JDR Grand Jury Minutes re Indt Secret; WOA to be issued; no
                        bail set.

 NOTE -   2  07/21/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested 7/20/05.

 NOTE -   3  07/21/05   Notation: Proposed Trial Date Setting for Arr & Notice of ST ddlns to
                        Judge Singleton.

    3 -   1  07/22/05   [Re: DEF 1] MDJ Court Minutes [ECR: April Karper] re Arr on Indt (held
                        7/22/05); K. McCoy accepted appt; def plead not guilty to cts 1-3 of the
                        indt; def detained, det hrg set for 7/28/05 at 11:00 a.m. before MJ
                        Jamin; meet and confer by 7/26/05, ptm's due 8/5/05; FPTC set for 9/6/05
                        at 10:00 a.m., TBJ set for 9/13/05 at 9:00 before Judge Singleton; cc:
                        USA, FPD, USM, USPO, MJ Roberts, Judge Singleton.

    4 -   1  07/25/05   [Re: DEF 1] Financial Affidavit.

    5 -   1  07/25/05   [Re: DEF 1] MDJ Order of Detention Pending Hearing set for 7/28/05 at
                        11:00 a.m. cc: USA, FPD, USM, USPO

    6 -   1  07/25/05   [Re: DEF 1] JKS Order regarding preparation for trial re cnsl to meet &
                        confer by 7/26; PTM's due 8/5/05. cc: USA, FPD

    7 -   1  07/25/05   [Re: DEF 1] JKS Minute Order re FPTC set for 9/6/05 at 10:00 a.m.; TBJ
                        set for 9/13/05 at 9:00 a.m.; trial docs due 8/31/05. cc: USA, FPD, USM,
                        USPO, JC, MJ Roberts

    8 -   1  07/25/05   DEF 1 Attorney Appearance of K. McCoy.

    9 -   1  07/27/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

   10 -   1  07/28/05   [Re: DEF 1] MDJ Court Minutes [ECR: Caroline Edmiston]  re: Detention
                        Hearing (held 07/28/05); Defendant's detention continued; w/att exh &
                        wit list. CC: USA, FPD, USM, USPO.

   11 -   1  07/28/05   [Re: DEF 1] MDJ Order of Detention Pending Trial. CC: USA, FPD, USM,
                        USPO.

   12 -   1  08/11/05   [Re: DEF 1] Transcript of Detention Hearing (held 07/28/05).

   13 -   1  08/11/05   DEF 1 motion for a hearing to determine mental competency w/att aff &
                        exh.

   14 -   1  08/16/05   [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion for a hearing to
                        determine mental competency (13-1).
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A05-0054--CR (JWS)
                           "USA V WESLEY B. BUERKLE"
```

                              For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 08/17/05 | [Re: DEF 1] JDR Order committing def to the custody of the USBOP for psychiatric, neurological, neuropsychological, & medical examination w/a report to be fld as directed; USM to transfer def to USBOP as directed for a period not to exceed 4 mos; terminating in light of this order motion for a hearing to determine mental competency (13-1). cc: USA, FPD, USM, USPO, Judge Singleton |
| 16 - 1 | 08/17/05 | DEF 1 motion for hearing re motion to determined competency for hearing. |
| 17 - 1 | 08/18/05 | [Re: DEF 1] JKS Minute Order granting motion for hearing re motion to determined competency (16-1); hrg on mot to determine competency (13-1) set for 8/22/05 at 3:15 p.m. cc: USA, FPD, USM, USPO, MJ Roberts |
| 15 - 2 | 08/23/05 | [Re: DEF 1] JKS Order committing def to the custody of the USBOP for psychiatric w/a report to be fld as directed; USM to transfer def to USBOP as directed for a period not to exceed 4 mos; terminating in light of this order motion for a hearing to determine mental competency (13-1). cc: USA, FPD, USM, USPO, MJ Roberts |
| 18 - 1 | 08/23/05 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re Hearing on Defendant's Motion to Determine Competency (held 8/22/05); def's request for modification of order at dkt #15 granted; order modified by court's interlineation; order to be redistributed.  cc:  USA, FPD, USM, USPO, MJ Roberts |
| 19 - 1 | 08/24/05 | [Re: DEF 1] JKS Minute Order re FPTC prev set for 9/6/05 & TBJ prev set for 9/13/05 are hereby VACATED; Judge Singleton recuses himself, case reassigned to Judge Sedwick. cc: USA, FPD, USM, USPO, MJ Roberts, JC, Judge Sedwick |
| 20 - 1 | 11/01/05 | [Re: DEF 1] JWS Minute Order that cnsl for def file rpt re: stat of psych exam by 11/15/05. cc: USA, FPD |
| 21 - 1 | 11/14/05 | DEF 1 Status Report. |
| 22 - 1 | 11/23/05 | [Re: DEF 1] JWS Minute Order that updated stat rpt due 12/19/05. cc: USA, FPD |