## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA* v. *WESLEY B. BUERKLE*

THE HONORABLE JOHN W. SEDWICK              CASE NO. 3:05-cr-00054 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**              Date: February 23, 2006

     By agreement of the judges, this case is hereby **RE-ASSIGNED** to the Hon. James K. Singleton for all further proceedings. Senior Judge Singleton recused from this case at docket 19 when it appeared that it would require a trial at a time when he would be out of the District. Given the substantial passage of time which transpired while Mr. Buerkle was being evaluated, it now appears that Judge Singleton will be available to preside at a competency hearing and to schedule any necessary subsequent proceedings at times when he is available.