Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WESLEY BARTLETT BUERKLE,<br><br>Defendant. | NO.  A05-0054 CR (JKS)<br><br>**RESPONSE TO ORDER** |

     Wesley Buerkle hereby files the attached proposed order in response to this court's direction in open court on March 9, 2006.

     DATED at Anchorage, Alaska this 10th day of March 2006.

     Respectfully submitted,

     s/Kevin F. McCoy
     Assistant Federal Defender
     550 West 7th Avenue, Suite 1600
     Anchorage, AK 99501
     Phone:     907-646-3400
     Fax:       907-646-3480
     E-Mail:    kevin_mccoy@fd.org

<u>Certification</u>:
I certify that on March 10, 2006,
a copy of the *Response to Order*
was served electronically on:

Kevin Feldis
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy