Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>WESLEY BARTLETT BUERKLE,<br><br>  Defendant. | NO. 3:05-cr-00054 (JKS)<br><br>**ORDER** |

The court has before it the February 15, 2006 forensic evaluation of the defendant's competency to stand trial prepared by Patricia A. Hyatt, Ph.D. as well as the parties' oral stipulation that if called to testify Dr. Hyatt would testify to the facts and conclusions set forth in her forensic evaluation.

The court accepts the parties' oral stipulation that if called to testify Dr. Hyatt would testify credibly to the facts and conclusions set forth in her February 15, 2006 forensic evaluation of the defendants current competency to stand trial.

Now therefore, based on the above the court finds by a preponderance of the evidence that the defendant is currently suffering from a mental disease or defect rendering him

Accordingly, pursuant to 18 U.S.C. § 4241(d) the court commits the defendant to the custody of the Bureau of Prisons for a period of time not to exceed four months. During that time, the Bureau of Prisons shall hospitalize the defendant for treatment in a suitable facility for the purpose of determining whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit trial to proceed.

It is further ordered that this matter shall be set on for a status hearing for _____, 2006, at _____ \_\_\_\_.m., and that an updated psychological report be submitted 30 days prior to the status hearing addressing the defendant's ability to assist properly in his defense and the probability that he will attain the capacity to permit trial to proceed in the foreseeable future.

Dated at Anchorage, Alaska this \_\_\_\_day of March 2006.


_____
JAMES K. SINGLETON
United States District Court Judge


Approved as to form and content:


_____
KEVIN FELDIS
Assistant U.S. Attorney