MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*United States v. Wesley Bartlett Buerkle*
Case No. 3:05-cr-00054-JKS

By: THE HONORABLE JAMES K. SINGLETON

Deputy Clerk: Dan Maus, Case Management: 677-6123*

PROCEEDINGS: ORDER FROM CHAMBERS

The Court is in receipt of a letter regarding the psychological evaluation of Mr. Buerkle. See attached. The letter is dated June 20, 2006 and signed by A.F. Beeler, Warden of the Federal Medical Center in Butner, North Carolina.

**IT IS THEREFORE ORDERED:**

A status conference is set to discuss the attached letter on **July 6, 2006** at **10:00 a.m.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: June 28, 2006

* ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.