**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

Federal Medical Center
P. O. Box 1600
Butner, NC 27509
(919) 575-3900

June 20, 2006

The Honorable James K. Singleton
District of Alaska
United States District Court
222 W. 7th Avenue #4
Anchorage, Alaska 99513

RE:   Burkle, Wesley Bartlett
      Register Number:        15137-006
      Docket Number:          3:05-cr-00054 (JKS)

Dear Judge Singleton:

The above-referenced individual was admitted to the Mental Health Unit of this facility on June 14, 2006, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Burkel, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the date of his arrival at this institution. If this request is granted, the evaluation period will end on October 11, 2006. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Warden
FCC, Butner (Medical)

AFB/kfs

GRANTED/DENIED (Circle One)

Signature:_____        DATE:_____
          District Judge James K. Singleton

cc:   Kevin Feldis, Assistant United States Attorney
      Kevin McCoy, Attorney