Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WESLEY BARTLETT BUERKLE,<br><br>　　　　　Defendant. | NO.  3:05-cr-0054-JKS<br><br>**NOTICE OF FILING  PROPOSED ORDER** |

　　　　Wesley Bartlett Buerkle gives notice of filing the attached proposed order.

　　　　DATED at Anchorage, Alaska this 10th day of July 2006.

　　　　　　　　Respectfully submitted,

　　　　　　　　s/Kevin F. McCoy
　　　　　　　　Assistant Federal Defender
　　　　　　　　550 West 7th Avenue, Suite 1600
　　　　　　　　Anchorage, AK 99501
　　　　　　　　Phone:　　　907-646-3400
　　　　　　　　Fax:　　　　907-646-3480
　　　　　　　　E-Mail:　　　kevin_mccoy@fd.org

<u>Certification</u>:
I certify that on July 10, 2006,
a copy of the *Notice of Filing Proposed
Order* was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy