Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WESLEY BARTLETT BUERKLE,<br><br>Defendant. | NO. 3:05-cr-00054 (JKS)<br><br>**PROPOSED ORDER** |

The court has before it the June 20, 2006, letter from A.F. Beeler, Warden of the Federal Medical Center in Butner, North Carolina, which seeks additional time within which to comply with this court's order at Docket No. 28. The order at Docket No. 28 committed the defendant to the custody of the Bureau of Prisons for the purpose of determining whether there is a substantial probability in the foreseeable future that he will attain the capacity to permit trial to proceed.

After reviewing Warden Beeler's letter with the parties, the court enters the following orders:

The defendant's commitment to the custody of the Bureau of Prison is extended to October 11, 2006.

An updated psychological report addressing whether, in the foreseeable future, there is a substantial possibility that the defendant will attain the capacity to permit trial to proceed shall be filed with the court no later than fourteen days after October 11, 2006.

It is further ordered that this matter shall be set on for a status hearing for _____, 2006, at _____  ____.m. for the purpose of addressing the defendant's ability to assist properly in his defense and the probability that he will attain the capacity to permit trial to proceed in the foreseeable future.

Dated at Anchorage, Alaska this _____ day of July 2006.

_____
JAMES K. SINGLETON
United States District Court Judge

Approved as to form and content:

s/David Nesbettt
Assistant U.S. Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567
Phone:       907-271-3668
Fax:         907-271-1500
E-Mail:      david.nesbett@usdoj.gov