UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:05-cr-00054 (JKS) |
| Plaintiff, | **ORDER** |
| vs. | |
| WESLEY BARTLETT BUERKLE, | |
| Defendant. | |

The court has before it the June 20, 2006, letter from A.F. Beeler, Warden of the Federal Medical Center in Butner, North Carolina, which seeks additional time within which to comply with this court's order at Docket No. 28. The order at Docket No. 28 committed the defendant to the custody of the Bureau of Prisons for the purpose of determining whether there is a substantial probability in the foreseeable future that he will attain the capacity to permit trial to proceed.

After reviewing Warden Beeler's letter with the parties, the court enters the following orders:

The defendant's commitment to the custody of the Bureau of Prison is extended to October 11, 2006.

An updated psychological report addressing whether, in the foreseeable future, there is a substantial possibility that the defendant will attain the capacity to permit trial to proceed shall be filed with the court no later than fourteen days after October 11, 2006.

It is further ordered that this matter shall be set on for a **status hearing** for **November 20, 2006, at 11:00 a.m.,** for the purpose of addressing the defendant's ability to assist properly in his defense and the probability that he will attain the capacity to permit trial to proceed in the foreseeable future. The status hearing currently set August 21, 2006, at 10:00 a.m. is **VACATED.**

Dated at Anchorage, Alaska, this 14thday of August 2006.

  /s/James K. Singleton
JAMES K. SINGLETON
United States District Court Judge