```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                      DISTRICT OF ALASKA
```

U.S.A. vs. WESLEY B. BUERKLE    CASE NO. 3:05-cr-00054-JKS
Defendant:  X Present-Telephonic  X In Custody

BEFORE THE HONORABLE:          JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        DAVID NESBETT

DEFENDANT'S ATTORNEY:           KEVIN MCCOY

PROCEEDINGS: STATUS CONFERENCE HELD NOVEMBER 20, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:06 a.m. court convened.

Court and counsel heard re psychiatric report.

Court and counsel heard re defendant's oral motion for an order to transport the defendant back to the District of Alaska; **GRANTED.** Court ordered the U.S. Marshals to transport the defendant back to the District of Alaska immediately.

Court and counsel heard re defendant's oral motion to put case back on the trial calendar; **GRANTED.** Trial by Jury set for **December 12, 2006 at 9:00 a.m.** Final Pretrial Conference set for **December 11, 2006 at 10:00 a.m.**

Defendant's detention continued.

At 11:15 a.m. court adjourned.

DATE:   November 20, 2006         DEPUTY CLERK'S INITIALS:   ak