Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WESLEY BARTLETT BUERKLE,<br><br>Defendant. | NO.  3:05-cr-0054-JKS<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE TRIAL BY TWO WEEKS** |

   Wesley Buerkle asks this court for an order on shortened time continuing trial in this matter by two weeks.  Trial is presently set for December 12, 2006, with a final pretrial conference on December 11, 2006.  A continuance is appropriate for two reasons.  First, Mr. Buerkle is not yet in the District and second, his counsel has elective surgery scheduled for December 7, 2006, and is not likely to be available on December 11 or 12, 2006.

   The government does not oppose this request.

   This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 4th day of December 2006.

Respectfully submitted,

/s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:   907-646-3400
Fax:   907-646-3480
E-Mail:   kevin_mccoy@fd.org

Certification:
I certify that on December 4, 2006,
a copy of the *Unopposed Motion on
Shortened Time to Continue Trial by
Two Weeks* was served electronically
on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy