UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WESLEY BARTLETT BUERKLE,<br><br>Defendant. | NO. 3:05-cr-0054-JKS<br><br>**PROPOSED ORDER** |

On consideration of the defendant's unopposed shortened time request to continue trial by two weeks;

It is hereby ordered that the motion is GRANTED.

The court finds that time under the speedy trial rule is excluded under 18 U.S.C. § 3161(h)(1)(A) (proceedings to determine competency), § 3161(h)(1)(H) (delay resulting from transportation to and from places of examination), and § 3161(h)(8)(A) (interest of justice and continuity of counsel).

Trial is this matter, currently scheduled for December 12, 2006, shall be rescheduled for December _____, 2006 at ____ ___.m.  The final pretrial conference shall be continued from December 11, 2006, to December _____, 2006 at _____ ___.m.

DATED this _____ day of December 2006, in Anchorage, Alaska.

_____
JAMES K. SINGLETON
U.S. DISTRICT JUDGE