Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WESLEY BARTLETT BUERKLE,<br><br>Defendant. | NO. 3:05-cr-0054-JKS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

      Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

      1.     I am the attorney for Wesley Buerkle.

      2.     Trial in this matter is presently scheduled for December 12, 2006, with a final pretrial conference scheduled for December 11, 2006.

      3.     Mr. Buerkle was evaluated for competency but has not yet been returned to the district.

4. According to the BOP website, Mr. Buerkle is currently at FCI Reno, in transit from FMC Butner. On information and belief, Mr. Buerkle is not likely to be returned to the district until shortly before the currently scheduled trial date.

5. I do not anticipate having enough time to meet with Mr. Buerkle, assess his current competency, and evaluate his desires to proceed to trial or seek a resolution with the government under the current schedule.

6. In addition, my time is further limited by elective but relatively benign surgery that could only reasonably be scheduled for December 7, 2006. The doctors inform me that I am not likely to be available for work until December 13, 2006.

7. For all these reasons, I am asking that Mr. Buerkle's final pretrial conference and trial be continued approximately two weeks.

8. On December 4, 2006, I spoke with Assistant U.S. Attorney David Nesbett. Mr. Nesbett indicated that the government does not oppose this request.

9. I believe that time under the speedy trial rule is excluded under this request pursuant to 18 U.S.C. §3161(h)(1)(A) (proceedings to determine competency), § 3161(h)(1)(H) (delay resulting from transportation to and from places of examination), and § 3161(h)(8)(A) (interest of justice and continuity of counsel).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 4th day of December 2006.



Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on December 4, 2006,
a copy of the *Affidavit of Counsel*
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy