```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs. WESLEY B. BUERKLE          CASE NO. 3:05-cr-00054-JKS
Defendant:  X Present-Telephonic  X In Custody

BEFORE THE HONORABLE:           JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        DAVID NESBETT

DEFENDANT'S ATTORNEY:           KEVIN MCCOY

PROCEEDINGS: MOTION TO CONTINUE TRIAL (DKT 37)
             HELD DECEMBER 6, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:11 a.m. court convened.

Court and counsel heard re defendant not being transported to Anchorage.

Court and counsel heard re defendant's Unopposed Motion on Shortened Time to Continue Trial by Two Weeks (DKT 37); **GRANTED.** Status Conference set for **December 21, 2006 at 10:00 a.m.**

Defendant's detention continued.

At 11:20 a.m. court adjourned.

OFF RECORD NOTE: Final Pretrial Conference Previously set for December 11, 2006 at 10:00 a.m. is **VACATED.** Trial by Jury previously set for December 12, 2006 at 9:00 a.m. is **VACATED.**

DATE:     December 6, 2006        DEPUTY CLERK'S INITIALS:   ak