MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   WESLEY B. BUERKLE        CASE NO. 3:05-CR-00054-JKS
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:           JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:        DAVID NESBETT

DEFENDANT'S ATTORNEY:           KEVIN MCCOY

U.S.P.O.:                       TIM ASTLE

PROCEEDINGS: CHANGE OF PLEA HEARING (STATUS CONFERENCE)
             HELD 12/21/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:00 a.m. court convened.

Court and counsel heard re defendant's oral motion to proceed with a Change of Plea hearing; **GRANTED.**

Defendant sworn.

Defendant stated true name: Wesley Bartlett Buerkle   Age: 48

Defendant advised of general rights.

Defendant changed pleas to guilty to counts 1 and 2 of the Indictment.

Court accepted pleas.  Referred to P.O. for presentence report.

Imposition of Sentence set for **3/05/07 at 11:00 a.m.**

Defendant's detention continued.

At 10:37 a.m. court adjourned.


DATE:    December 21, 2006     DEPUTY CLERK'S INITIALS:    SCL