COPY

1          UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF ALASKA

3   UNITED STATES OF AMERICA,    )    Case A05-0054-CR (JKS)
                                 )
4              Plaintiff,        )
                                 )
5        vs.                     )
                                 )
6   WESLEY BARTLETT BUERKLE,     )
                                 )
7              Defendant.        )
    _____)

8

9

10      __LAW ENFORCEMENT INTERVIEW OF WESLEY B. BUERKLE__

11              BY REBECCA BOBICH
    Bureau of Alcohol, Tobacco, Firearms and Explosives
12
                      and
13
              DETECTIVE MICHELE LOGAN
14            Anchorage Police Department

15

16      July 22, 2005 - Pages 2 through 50

17

18

19

20

21

22  Transcription Service:    GAYLENE'S WORD SERVICES
                              M. Gaylene Larrecou
23                            7330 Madelynne Dr.
                              Anchorage, Alaska  99504-4659
24                            (907) 338-3936

25

1                           **INTERVIEW OF WESLEY B. BUERKLE**

2 (CD 1 of 1, File 1 of 1)

3      DETECTIVE LOGAN:  This is Detective Logan, DSN 1281.  It

4 is 1020 hours on July 22nd, 2005.  I'm at the ATF office at the

5 Federal Building.  Case number 0456165, this is an interview

6 with Wesley Bart Buerkle.  Buerkle is spelled B-u-e-r-k-l-e.

7      (Indiscernible background conversation)

8      UNIDENTIFIED SPEAKER:  And stand up and turn around for

9 me.

10      (Indiscernible background conversation)

11      UNIDENTIFIED SPEAKER:  These are the girls that want to

12 talk to you.  (Indiscernible) advice that you got?

13      MR. BUERKLE:  Yeah, some bad advice, uh-huh (affirmative),

14 yes.

15      (Indiscernible background conversation)

16 00:01:06

17      AGENT BOBICH:  Do you agree?

18      MR. BUERKLE:  I'm not (indiscernible).

19      AGENT BOBICH:  Okay.  Well, I'm going to go ahead and read

20 through this, okay?  You have the right to remain silent.

21 Anything you say can be used against you in court.  You have

22 the right to talk to a lawyer before we ask you any questions

23 and to have a lawyer with you during questioning.  If you

24 cannot afford a lawyer, one will be appointed for you if you

25 wish before any questioning begins.  If you decide to answer

*Gaylene's Word Services*
*(907) 338-3936*

1   any questions now without a lawyer present, you have the right

2   to stop answering at any time, okay?  Do you understand all of

3   that?

4        MR. BUERKLE:  Yes.

5        AGENT BOBICH:  Okay.  I have read this statement of my

6   rights or --

7        MR. BUERKLE:  Do we need to have this recorded?

8        DETECTIVE LOGAN:  No --

9        AGENT BOBICH:  It --

10       DETECTIVE LOGAN:  Not really.

11       AGENT BOBICH:  We don't have to if you don't want it to

12   be.

13       MR. BUERKLE:  I see.

14       DETECTIVE LOGAN:  Do you not want it recorded?

15       MR. BUERKLE:  It doesn't make any difference to me,

16   actually.  I was just wondering whether or not you should have

17   asked me.

18       AGENT BOBICH:  Well, that's -- I'm going through these

19   first, and we can talk about it then.

20       DETECTIVE LOGAN:  And what this does is it shows that we

21   did ask you your rights.

22       MR. BUERKLE:  Well, your rights, yes, but whether or not I

23   was recorded, no.  But (simultaneous speech) --

24       DETECTIVE LOGAN:  No, but if we record that we're asking

25   you your rights, there won't be any question later if we read

1  you your rights.

2      MR. BUERKLE:  Oh, thank you.

3      DETECTIVE LOGAN:  So, anyway, we'll -- so we'll get to

4  that.

5      MR. BUERKLE:  It's -- yeah.

6      AGENT BOBICH:  Okay.  I have read the statement of my

7  rights or it has been read to me, and I understand these

8  rights.  At this time I am willing to answer questions without

9  a lawyer present.  No promises or threats have been made to me,

10  and no pressure or force of any kind has been used against me.

11  Do you understand that?

12      MR. BUERKLE:  Yes.

13      AGENT BOBICH:  Okay.  I'll go ahead and sign this, and

14  then when he comes back in, we'll just have you sign.  And how

15  do you spell your name?  Is it W-e-s-l-e-y?

16      MR. BUERKLE:  L-e-y, uh-huh (affirmative).

17      AGENT BOBICH:  And the middle name, is it Bartlett?

18      MR. BUERKLE:  Yes.

19      AGENT BOBICH:  B-a-r-t --

20      MR. BUERKLE:  L --

21      AGENT BOBICH:  Uh-huh (affirmative).

22      MR. BUERKLE:  L-e-t-t.

23      AGENT BOBICH:  Okay.  And how do you say your last name?

24  Is it Buerkle (Burklee) or Buerkle?

25      MR. BUERKLE:  No, it's Buerkle (Burklee).

*Gaylene's Word Services*

*(907) 338-3936*

1    AGENT BOBICH:  Okay.  Is today the 23rd, July 23rd?  And

2  it's --

3    DETECTIVE LOGAN:  I have the 22nd, but --

4    AGENT BOBICH:  22nd?

5    DETECTIVE LOGAN:  -- that's just me.

6    AGENT BOBICH:  Okay.  And it's 10:20 a.m.  Let me have you

7  witness it all (indiscernible).

8    Pete was just saying that there were some issues that you

9  wanted to talk about.  Do you want to talk about them first or

10  (indiscernible) --

11    MR. BUERKLE:  I don't have any problem with speaking

12  with -- and okay.

13    AGENT BOBICH:  My name is Rebecca.

14    MR. BUERKLE:  And who are you with?

15    AGENT BOBICH:  I'm with ATF.

16    MR. BUERKLE:  ATF.

17    AGENT BOBICH:  Uh-huh (affirmative).

18    MR. BUERKLE:  And Anchorage Police Department?

19    DETECTIVE LOGAN:  Yes, uh-huh (affirmative).

20    MR. BUERKLE:  Yeah.  Well, the only issue that I have is

21  that I've been told numerous times by Anchorage Police

22  Department that me having these weapons was not a problem.

23    AGENT BOBICH:  Okay.  Do you remember who you talked to at

24  the Anchorage Police Department or when you talked to them?

25    MR. BUERKLE:  Sure.  They were -- one -- one incidence

1 | when the weapons were taken in the first place.

2 |         AGENT BOBICH:  Okay.

3 |         MR. BUERKLE:  And she said, well, we don't have a problem

4 | returning these to you with the exception that we need to speak

5 | with someone that has -- actually, the -- your federal agency,

6 | that she needed to speak with them to clear some matters up.  I

7 | said fine, good.

8 |         AGENT BOBICH:  Okay.

9 |         MR. BUERKLE:  So now this is what's evolved from that.

10 |         AGENT BOBICH:  Were you talking to the people in Evidence?

11 |         MR. BUERKLE:  Yes.

12 |         AGENT BOBICH:  Okay.

13 |         MR. BUERKLE:  Actually, the -- the lady there

14 | that releases property.

15 |         AGENT BOBICH:  Okay.

16 |         MR. BUERKLE:  That's her job.

17 |         AGENT BOBICH:  Okay.

18 |         MR. BUERKLE:  Background check and release property.  And

19 | she says, yeah, there's -- she -- I have a report, the

20 | Interpol, I guess, is that what it is?

21 |         AGENT BOBICH:  I don't know what she -- I'd have to ask

22 | her.

23 |         MR. BUERKLE:  Internat -- International Index.

24 |         AGENT BOBICH:  Okay.  It could be.  I mean, I don't know

25 | if she was looking at your criminal history or what she was

*Gaylene's Word Services*
*(907) 338-3936*

1 looking at at the time.

2     MR. BUERKLE:  Okay.  Well, let's move on from there.  But,

3 yes, but --

4     AGENT BOBICH:  Okay.

5     MR. BUERKLE:  Now, I spoke with my lawyer 10 months ago.

6     AGENT BOBICH:  Okay.

7     MR. BUERKLE:  He pulled up the Interna -- the

8 International Index report of my history.

9     AGENT BOBICH:  Okay.

10     MR. BUERKLE:  The statewide --

11     AGENT BOBICH:  Nationwide.

12     MR. BUERKLE:  Nationwide, yeah.

13     AGENT BOBICH:  Okay.

14     MR. BUERKLE:  That nationwide report.

15     DETECTIVE LOGAN:  Um-hum (affirmative).

16     AGENT BOBICH:  Criminal history.

17     MR. BUERKLE:  Yeah.  And that's -- that's why I had the

18 report is because my lawyer got it for me, Mike Logue.

19     AGENT BOBICH:  What's his last name?

20     MR. BUERKLE:  Mike Logue.

21     AGENT BOBICH:  Okay.

22     MR. BUERKLE:  (Indiscernible) Gorton & Logue.  And we

23 discussed this in depth, looked at the whole -- all the

24 relative factors.  I says that, well, is it all right if I have

25 weapons.  Because if -- if I had -- if there was a problem with

*Gaylene's Word Services*
*(907) 338-3936*

1  me having weapons, I wouldn't have them.

2       AGENT BOBICH:  Okay.

3       MR. BUERKLE:  And so -- and we both looked over everything

4  and discussed it, and he says, there's not a problem with you

5  having them, that he could tell.

6       AGENT BOBICH:  Okay.

7       MR. BUERKLE:  So that is the -- the reason that I had this

8  report.  So with that report I was able to speak with the lady

9  at lockup, and she was looking at the same report I was looking

10  at, and I told her where I got it from.  It's not something

11  that you get commonly.

12       AGENT BOBICH:  Okay.

13       MR. BUERKLE:  But my lawyer gave it to me.

14       AGENT BOBICH:  Okay.  So you got your criminal history

15  through your lawyer about 10 months ago.

16       MR. BUERKLE:  Yes.

17       AGENT BOBICH:  Were you being represented on another

18  charge with him or --

19       MR. BUERKLE:  Oh, yeah, it was just a DUI.  And, actually,

20  I have --

21       AGENT BOBICH:  Okay.

22       MR. BUERKLE:  I'm with the do -- I'm having ASAP and the

23  RITE (ph) Program.  I've got to be in compliance with that in

24  order to stay in compliance.  All right?  So I'm -- I'm still

25  doing that at this point.  I just got -- the day that they

*Gaylene's Word Services*

*(907) 338-3936*

1   picked me up, I just got back from a meeting with them in

2   complia -- the RITE Program, and all the paperwork shuffling

3   back and forth there for me to finish this part of their

4   program in compliance, you know, with the -- the controversy I

5   had 10 months ago with court, and that's Mr. Logue.

6       AGENT BOBICH:  Okay.

7       MR. BUERKLE:  So other than that, I've been told

8   repeatedly that there wasn't a problem with my -- in Alaska or

9   from the police department that weapons are fine.

10      AGENT BOBICH:  Okay.  So your understanding was that the

11  police officer -- Property told you that they were talking to

12  us, trying to sort out the situation if you could have the guns

13  of not, and your understanding was is that you were allowed to

14  have them?

15      MR. BUERKLE:  She looked at the report, and the only

16  question was what you had to say.

17      AGENT BOBICH:  Okay.

18      MR. BUERKLE:  That's -- and so she wanted -- that's when

19  she contacted the ATF, I suppose.

20      AGENT BOBICH:  Okay.

21      MR. BUERKLE:  But other than that, yes.  If I had known I

22  was not supposed to have them, I would not have had them.

23  Yeah, so that's my stand.

24      AGENT BOBICH:  Okay.

25      MR. BUERKLE:  My position.

1    DETECTIVE LOGAN:  So APD had weapons of yours in property

2  and they released them to you?

3    MR. BUERKLE:  No, they didn't release them to me.  I

4  called them and asked them.

5    DETECTIVE LOGAN:  Um-hum (affirmative).

6    MR. BUERKLE:  And they says, well, yeah, we can.  I don't

7  see a problem with it.  And she was looking at the same report,

8  because I was looking at the report I had and referring back to

9  these issues.  She said we have to contact -- I guess it was

10  Kansas is what she said in order to clarify this one --

11    AGENT BOBICH:  You clarify if you were prohibited or

12  not for having them?

13    MR. BUERKLE:  Right, yes.

14    AGENT BOBICH:  Okay.

15    MR. BUERKLE:  And that's where this wound up.

16    DETECTIVE LOGAN:  And how long was that?  When was that?

17  Approximately is fine.

18    MR. BUERKLE:  Two months ago.

19    DETECTIVE LOGAN:  Two months ago.  Do you -- do you

20  remember who you talked to over there?

21    MR. BUERKLE:  Yeah, I have a card.  I have it written down

22  in my books and stuff.

23    DETECTIVE LOGAN:  But it had to do with your DUI case or

24  something different?  Because I can go -- I can look it up

25  through a case number.

1    AGENT BOBICH:  This is -- the police came over to his

2  house.  These are where the original charges are stemming from.

3    DETECTIVE LOGAN:  Okay.

4    AGENT BOBICH:  So --

5    MR. BUERKLE:  The -- they're -- the original charges,

6  yeah.  And that's -- she's the lady that always does -- she's

7  been there forever practically, and so she's --

8    AGENT BOBICH:  Okay.

9    MR. BUERKLE:  I mean, I called her several times.

10    AGENT BOBICH:  Okay.  On the firearms, how long have you

11  owned those firearms?

12    MR. BUERKLE:  Oh, maybe two years.

13    AGENT BOBICH:  Okay.  Do you remember where you purchased

14  them at or who you got them from?

15    MR. BUERKLE:  I just got them from someone that had some

16  for sale.

17    AGENT BOBICH:  Okay.  Through the paper or --

18    MR. BUERKLE:  Yeah.

19    AGENT BOBICH:  Okay.  Do you remember who that was?

20    MR. BUERKLE:  And I sure -- I surely don't.  And, you

21  know, I got to thinking about it, and I didn't even get a bill

22  of sale.

23    AGENT BOBICH:  You didn't have any type of receipt?

24    MR. BUERKLE:  No, I -- it was kind of not very smart of me

25  to do that, but at the time I wasn't thinking about it.

*Gaylene's Word Services*
*(907) 338-3936*

1    AGENT BOBICH:  Okay.

2    MR. BUERKLE:  Yeah.  Well, I really am amazed about this.

3  I can't understand it why it is that I would be told that they

4  were fine, and then all -- except for I just spoke with this

5  officer, and he says that, you know, we don't be caring about

6  any of that, the ATF.

7    AGENT BOBICH:  Who -- who did you speak to?

8    MR. BUERKLE:  Oh, the -- he says that federally it doesn't

9  matter whether or not any violence is associated with the --

10    AGENT BOBICH:  Your prior?

11    MR. BUERKLE:  -- felon prior.

12    AGENT BOBICH:  Um-hum (affirmative).

13    MR. BUERKLE:  And so it's a difference, you know, there.

14    AGENT BOBICH:  Did you talk to him about your prior felony

15  convictions?

16    MR. BUERKLE:  Yeah.  No.  I just spoke to him briefly

17  about why I was spoken to here regarding my record and they not

18  saying that it was a problem and then all of a sudden it

19  becomes a problem.

20    AGENT BOBICH:  Okay.

21    MR. BUERKLE:  But he told me exactly that, that it's

22  different.

23    AGENT BOBICH:  There -- well, there is different --

24  federally, you're prohibited based on your criminal history for

25  a couple reasons.  One, you have a felony conviction out of

1  California.  It's not a violent crime.  It's a DUI.

2      MR. BUERKLE:  Right.

3      AGENT BOBICH:  You served time on it.  Under California

4  law, you're prohibited forever, unless you get a governor's

5  pardon.

6      MR. BUERKLE:  Well, that's what I should have done.

7      AGENT BOBICH:  Hm?

8      MR. BUERKLE:  That's what I should have done.  I did a

9  year in prison for that.

10      AGENT BOBICH:  Um-hum (affirmative).

11      MR. BUERKLE:  And --

12      AGENT BOBICH:  But because you did your time doesn't mean

13  your rights are restored once you're -- once you're done with

14  your time.

15      MR. BUERKLE:  I see.

16      AGENT BOBICH:  Then in Kansas you did do your three months

17  for the evaluation time period, but they adjudicated you

18  mentally for that three months.  Then your three months was

19  done, but that adjudication still stands.  So therefore, those

20  two charges prohibit you from having guns and ammunition and

21  any other items in that relation.

22      MR. BUERKLE:  Yes, ma'am.

23      AGENT BOBICH:  You can't have ammunition, casings.  You

24  can't have firearms of any type under the federal law for that.

25  Just so you know that.  I mean...

*Gaylene's Word Services*
*(907) 338-3936*

1      MR. BUERKLE:  Well, I need to know that then, because I

2  had not a clue.

3      AGENT BOBICH:  Okay.  Well, that's what you're being

4  charged with right now.  I don't know if they went through what

5  you're going to be charged with today.  This afternoon you'll

6  have actually an initial appearance where you'll go in front of

7  the judge.  You will be assigned an attorney, if you cannot

8  afford an attorney.  They'll go through a little form.

9      MR. BUERKLE:  A lady --

10     AGENT BOBICH:  It'll be a public defender if -- if you ask

11 for that.  I don't know what your financial status is.

12     MR. BUERKLE:  A young lady contacted me yesterday

13 afternoon.

14     AGENT BOBICH:  Um-hum (affirmative).

15     MR. BUERKLE:  Her name was -- I have it.

16     AGENT BOBICH:  Sue Ellen, or is it a defender?

17     MR. BUERKLE:  Paula.

18     AGENT BOBICH:  Okay.

19     MR. BUERKLE:  Paula.  And she took all that information

20 that you just described.

21     AGENT BOBICH:  For financial stuff.

22     MR. BUERKLE:  And my background.

23     AGENT BOBICH:  Okay.  Oh, Probation.

24     MR. BUERKLE:  Yes.

25     AGENT BOBICH:  That's a pre --

Gaylene's Word Services
(907) 338-3936

1      MR. BUERKLE:  Yes.

2      AGENT BOBICH:  What that is is Probation will come in and

3  do an actual history and make a determination to the judge --

4      MR. BUERKLE:  That's exactly who --

5      AGENT BOBICH:  -- based on that.

6      MR. BUERKLE:  She said that she was --

7      AGENT BOBICH:  Okay.

8      MR. BUERKLE:  -- representative of.

9      AGENT BOBICH:  Okay.

10      MR. BUERKLE:  Her name was Paula.

11      AGENT BOBICH:  She -- today you'll go in front of the

12  judge.  The judge will have you fill out a financial statement

13  in court if you need an attorney.  They'll appoint a federal

14  public defender to you.  At that point, the judge will read you

15  the indictment, and pretty much that's the whole hearing at

16  that point.  Then if the U.S. Attorney's Office moves for

17  detention, we will set that, and they have three days to do

18  that, so you will be in custody until the detention hearing is

19  set, which will probably be somewhere Monday, Tuesday, or

20  Wednesday.  After that, then if at this hearing -- the judge

21  listens to all the testimony.  At that point, he'll make the

22  determination if you're going to stay in custody or if you'll

23  get released to a third party, and your attorney will probably

24  try to get information if you have anybody who you could go out

25  onto third party.  You'll have to be able to present that --

1    MR. BUERKLE:  Well --

2    AGENT BOBICH:  -- what you have in that sense.

3    MR. BUERKLE:  -- I've been able to successfully complete a

4    ankle monitor program several times.

5    AGENT BOBICH:  And that's something you will take up with

6    your attorney.

7    MR. BUERKLE:  And -- and so once for six months and once

8    for four months, and so it's just -- it's a very effective

9    means of a third party that it is acceptable here.  It's worked

10   for me before.

11   AGENT BOBICH:  And that's what you want to talk to your

12   attorney about.

13   MR. BUERKLE:  Okay.

14   AGENT BOBICH:  And, you know, there are those options that

15   are out there depending what is put onto you (simultaneous

16   speech).

17   MR. BUERKLE:  Yeah, I've got a lot of things happening

18   right now with my -- I have a business.  And I build houses for

19   Discovery Homes, and I really can't afford to be detained at

20   this moment.

21   AGENT BOBICH:  Okay.  Well, you know, we'll go in front of

22   the judge today and then go from there.  Is there anything else

23   in the house that we need to be concerned about?  Were you

24   present for the whole time yesterday?

25   MR. BUERKLE:  Yeah.  They were there.  They -- did they --

1  I -- I opened my safe, I showed them everything, and they

2  looked at everything, and that's all there is to see.

3      AGENT BOBICH:  Okay.  And you lived in the basement area.

4  There was the garage that's over here.

5      MR. BUERKLE:  Uh-huh (affirmative).

6      AGENT BOBICH:  And then there's a little door that goes

7  into -- is there a bathroom right here?

8      MR. BUERKLE:  Um-hum (affirmative).

9      AGENT BOBICH:  And then a bedroom back here or a closet?

10 In the back corner.  This is this section, and then this opens

11 up to your living area, and then there was a bedroom up front

12 where there's a window here.

13     MR. BUERKLE:  Yeah, okay.  There's a bedroom in the back,

14 the bathroom.

15     AGENT BOBICH:  Um-hum (affirmative), uh-huh.

16     MR. BUERKLE:  And then the living area.

17     AGENT BOBICH:  Uh-huh (affirmative).  And this is where

18 your computers and stuff were.

19     MR. BUERKLE:  Yes.

20     AGENT BOBICH:  And then there's a bedroom up here?

21     MR. BUERKLE:  And there's a bedroom over there.  Yes, um-

22 hum (affirmative), right.

23     AGENT BOBICH:  And did you rent the whole downstairs?

24     MR. BUERKLE:  Yes.

25     AGENT BOBICH:  Okay.  And how long have you been staying

Exhibit B, Part 1
Page 17 of 25

1  at this residence?

2      MR. BUERKLE:  Probably near 10 months.

3      AGENT BOBICH:  Ten months?  Okay.

4      MR. BUERKLE:  Approximately.

5      AGENT BOBICH:  Did you have a lease with her?

6      MR. BUERKLE:  It may have been closer -- closer to a year,

7  but it was just a --

8      AGENT BOBICH:  A verbal?

9      MR. BUERKLE:  A verbal with a monthly agreement.

10      AGENT BOBICH:  Okay.  And did you know the owner prior?

11      MR. BUERKLE:  No.

12      AGENT BOBICH:  Okay.

13      MR. BUERKLE:  No, I just met -- I read it in the paper --

14      AGENT BOBICH:  Okay.

15      MR. BUERKLE:  -- that she had a room for rent.

16      AGENT BOBICH:  Okay.  Do you socialize?  Do you know her

17  name?  Can you --

18      MR. BUERKLE:  Kathleen Reigler (ph), yeah, I socialize

19  with her.  She's just a person that --

20      AGENT BOBICH:  Okay.

21      MR. BUERKLE:  -- lives upstairs.

22      AGENT BOBICH:  Okay.  And it's a month-to-month kind of

23  agreement.

24      MR. BUERKLE:  Uh-huh (affirmative).

25      AGENT BOBICH:  Okay.  Do you know how much you were paying

1  a month to her?

2      MR. BUERKLE:  Six seventy-five a month.

3      AGENT BOBICH:  Okay.  And did you have to pay utilities or

4  anything else?

5      MR. BUERKLE:  No.

6      AGENT BOBICH:  Okay.  And did you -- did that include the

7  whole downstairs?

8      MR. BUERKLE:  Yes.

9      AGENT BOBICH:  Okay.  And did you have kitchen access then

10 upstairs or --

11     MR. BUERKLE:  Uh-huh (affirmative), yeah.

12     AGENT BOBICH:  Okay.

13     MR. BUERKLE:  But I -- I rarely use the kitchen.  What I

14 wound up doing is if you had seen the computer area that I had

15 a little table there with a stove and microwave.

16     AGENT BOBICH:  Okay.

17     MR. BUERKLE:  And I just put just a few things

18 (indiscernible).

19     AGENT BOBICH:  Okay.  Did you stay anywhere else or --

20     MR. BUERKLE:  No.

21     AGENT BOBICH:  -- was this your main --

22     MR. BUERKLE:  Yeah.

23     AGENT BOBICH:  Okay.  And you had a month-to-month

24 agreement with her and you were there about a year.  Prior to

25 that, where were you staying?  Were you in Anchorage or where?

1     MR. BUERKLE:  Yes, I've been in Anchorage for seven years.

2     AGENT BOBICH:  Okay.  And what brought you up to Alaska?

3     MR. BUERKLE:  Actually, I was working in Kansas at -- for

4  the Emporia (ph) College.  They were building a music hall, and

5  a journeyman that happened to just come back from Kansas --

6  come back from Alaska to Kansas talked to me and said that

7  there was work here.

8     AGENT BOBICH:  Okay.

9     MR. BUERKLE:  And journeymen, that's the way the word gets

10  around pretty much.  They've been there and seen that and it's

11  good.  I don't know why he had left here in the first place,

12  but anyway, he had mentioned that work was good here, so I

13  decided to come up here.

14     AGENT BOBICH:  Okay.  And what kind of work do you do?

15     MR. BUERKLE:  I build houses.

16     AGENT BOBICH:  Okay.

17     MR. BUERKLE:  Yeah.  Journeyman carpenter.

18     AGENT BOBICH:  Okay.

19     MR. BUERKLE:  Out of Local 1281 Union, carpenter, and I'm

20  on the books, I'm number 22 --

21     AGENT BOBICH:  Okay.

22     MR. BUERKLE:  -- number 22 on the list, Local 1281 union

23  hall.

24     AGENT BOBICH:  1289 (sic)?

25     MR. BUERKLE:  1281.

*Gaylene's Word Services*
*(907) 338-3936*

1     AGENT BOBICH:  Okay.

2     MR. BUERKLE:  I've signed the books this month.  I'm

3  number 22 on the list.  I can go out.

4     AGENT BOBICH:  Uh-huh (affirmative).  Do you -- you said

5  you owned your own business?

6     MR. BUERKLE:  I have my own business, Buerkle Homes,

7  Incorporated.

8     AGENT BOBICH:  Okay.

9     MR. BUERKLE:  Um-hum (affirmative).

10     AGENT BOBICH:  All right.

11     MR. BUERKLE:  I've got two lawsuits right now that I've

12  invested money in, and I'm representing my corporation in those

13  two lawsuits that are filed with the courts, one for Buerkle

14  Homes, that's the filing that it's under.  And another for

15  myself I had to refile out of my corporation's name into my own

16  personal name because a corporation is not allowed to represent

17  itself other than being represented by a lawyer.

18     AGENT BOBICH:  Okay.

19     MR. BUERKLE:  And -- but I was granted one, refused the

20  other, refiled, and there's two that are on file now, one for

21  54,000 and one for 8,000, and I need to get out and tend to

22  those two cases and this corporate stuff.

23     AGENT BOBICH:  Okay.

24     MR. BUERKLE:  It -- it's filed on, you know, public

25  records.

1          AGENT BOBICH:  Okay.

2          DETECTIVE LOGAN:  Was it citizen -- were -- were you being

3   sued by somebody or --

4          MR. BUERKLE:  No, I'm suing them.  I invested --

5          DETECTIVE LOGAN:  Oh, I see.

6          MR. BUERKLE:  I invested this money in -- in these

7   projects --

8          DETECTIVE LOGAN:  Okay.

9          MR. BUERKLE:  -- and they didn't work out, and they're all

10  now saying, well, I don't know how you're going to get the --

11  the money that you've already invested, because we're not

12  giving it back to you.  And so I had to file suit on these two

13  projects.  In the building trade, it's -- pretty frequently

14  happens.

15         AGENT BOBICH:  Do you know who the companies were that

16  you're suing against?

17         MR. BUERKLE:  I'm -- the lawyers are Greg Oczkus -- but

18  they're individual people.

19         AGENT BOBICH:  Okay.

20         MR. BUERKLE:  Yeah.  Greg Oczkus and Kevin Anderson.

21  They're both downtown.

22         AGENT BOBICH:  Okay.

23         MR. BUERKLE:  I've spoken with them both frequently.  I

24  just got through having a meeting with Kevin Monday -- or

25  actually, it was Tuesday of this week.

Gaylene's Word Services
(907) 338-3936

1      AGENT BOBICH:  Okay.  In your living area -- you live back

2  here.  You had several computers.

3      MR. BUERKLE:  Uh-huh (affirmative).

4      AGENT BOBICH:  Back in this room, what were you -- was

5  that just like your storage room?  Is that where you kept most

6  of your other stuff?

7      MR. BUERKLE:  Storage stuff.

8      AGENT BOBICH:  Okay.

9      MR. BUERKLE:  I had some clothes back there.  I keep boxes

10 because I -- I send gifts, you know, to my family --

11     AGENT BOBICH:  Uh-huh (affirmative).

12     MR. BUERKLE:  -- that -- is outside Alaska.

13     AGENT BOBICH:  Okay.  And they're just good storage boxes

14 to send -- put stuff in and send in, yeah.

15     AGENT BOBICH:  Okay.

16     MR. BUERKLE:  Now --

17     AGENT BOBICH:  But there's nothing in them or are they

18 just empty?

19     MR. BUERKLE:  They're just empty boxes.  There's a

20 computer in one of the boxes that I haven't -- I upgraded one

21 of my computers to another -- to a Sony.  I have two Sonys and

22 two HPs, and I'd upgraded to another Sony but I hadn't rotated

23 the HP out into my trailer yet or even out of -- it's just an

24 older computer.  And so I was going to upgrade it and I haven't

25 gotten to it, so there's a computer in there.  And from my

*Gaylene's Word Services*

*(907) 338-3936*

1  interpretation, someone had said that there was a bomb in

2  there.

3      AGENT BOBICH:  In your bedroom?

4      MR. BUERKLE:  That's what they said.

5      AGENT BOBICH:  No, that's what -- I'll ask you that in a

6  second.  I know --

7      MR. BUERKLE:  Right.  There's --

8      AGENT BOBICH:  There isn't a bomb that was found in your

9  bedroom back there.

10      MR. BUERKLE:  No.

11      AGENT BOBICH:  There is, though -- and I was going to ask

12  you what you were making back there --

13      MR. BUERKLE:  Right.

14      AGENT BOBICH:  -- with your PVC pipe --

15      MR. BUERKLE:  Exactly.

16      AGENT BOBICH:  -- and your metal.

17      MR. BUERKLE:  Um-hum (affirmative).

18      AGENT BOBICH:  Why don't you describe what --

19      MR. BUERKLE:  It's a muffler for my generator that you put

20  a tube on, and you dig a hole, stick it in the ground, and it

21  becomes silent so that when you're camping, you can have power

22  and no noise.

23      AGENT BOBICH:  Do you camp a lot?

24      MR. BUERKLE:  I camp occasionally, but sometimes when I

25  put my trailer on a job site, I don't like to hear that

Gaylene's Word Services
(907) 338-3936

1    generator right in my ear.

2         AGENT BOBICH:  Um-hum (affirmative).

3         MR. BUERKLE:  And so there's a tube that comes off of the

4    generator and sticks on, and then I stick that underneath

5    the -- I dig a hole, put the -- the muffler down -- it doesn't

6    work very well.  It was one of my inventions that I tried to

7    make, but, yeah, that's what it is.

8         AGENT BOBICH:  Okay.  So that's what you made it for.

9    Where's your generator?  Is it on the truck -- on one of your

10   trailers?

11        MR. BUERKLE:  In the trailer.

12        AGENT BOBICH:  Okay.  And the two trailers that are in the

13   front of the house --

14        MR. BUERKLE:  Uh-huh (affirmative).

15        AGENT BOBICH:  -- are your trailers?

16        MR. BUERKLE:  Yeah.

17        AGENT BOBICH:  Okay.  Did they unlock those yesterday, or

18   did you give them access, because I don't think they went into

19   those.  Did you --

20        MR. BUERKLE:  They're my corporate -- they're registered

21   to my corporation.  I don't know.  They --

22        AGENT BOBICH:  Okay.

23        MR. BUERKLE:  -- didn't ask --

24        AGENT BOBICH:  Are they locked?

25        MR. BUERKLE:  Yeah.

*Gaylene's Word Services*
*(907) 338-3936*