1      AGENT BOBICH:  Okay.  Do you have keys to them?

2      MR. BUERKLE:  Sure.

3      AGENT BOBICH:  Okay.  And your vehicle, is -- is it parked

4   at the house?

5      MR. BUERKLE:  Um-hum (affirmative).

6      AGENT BOBICH:  Okay.

7      MR. BUERKLE:  Yeah, I couldn't believe it when they --

8   they said that --

9      AGENT BOBICH:  Go ahead.

10      MR. BUERKLE:  I asked them what they were arresting me

11   for, and they says, for a bomb.  I says no, because when they

12   first put me down on the ground and says, you make pipe bombs,

13   I said, well, I -- I don't make -- I --

14      AGENT BOBICH:  What they were probably basing any of that

15   off is -- is your original charges out of Kansas when you

16   had --

17      MR. BUERKLE:  And --

18      AGENT BOBICH:  -- past history of explosives.  I don't

19   think they were aware that that's not what you're currently

20   being charged with.

21      MR. BUERKLE:  But that's not --

22      AGENT BOBICH:  It wasn't --

23      MR. BUERKLE:  Yeah, okay, I understand that.

24      AGENT BOBICH:  Do you see it?  Okay.

25      MR. BUERKLE:  That wasn't the case then either.

*Gaylene's Word Services*
*(907) 338-3936*

1        AGENT BOBICH:  Okay.

2        MR. BUERKLE:  They completely just came in and made

3    assumptions, and I never spoke with them or had a chance to

4    explain myself, and those assumptions are on the books today.

5        AGENT BOBICH:  Okay.  Well, that's probably why they were

6    in that mind set thinking --

7        MR. BUERKLE:  Yes.

8        AGENT BOBICH:  -- in the past that you have, but as of now

9    there was nothing --

10        MR. BUERKLE:  Right.

11        AGENT BOBICH:  -- found in the house in that matter.  And

12    I don't -- that's probably what you're interpreting that from.

13        MR. BUERKLE:  Absolutely, and I know --

14        AGENT BOBICH:  So --

15        MR. BUERKLE:  -- exactly what you're referring to.

16        AGENT BOBICH:  Okay.

17        MR. BUERKLE:  Though it was taken out of context then, and

18    it was --

19        AGENT BOBICH:  But your charges are on record showing that

20    you were originally charged with --

21        MR. BUERKLE:  Right.  I understand.

22        AGENT BOBICH:  -- firearms and explosive devices, so --

23        MR. BUERKLE:  And if they would've given me an opportunity

24    to explain what exactly those devices were, they would have

25    been explained.

1      AGENT BOBICH:  Okay.

2      DETECTIVE LOGAN:  Is that where -- is that -- is that

3 address also where you're running your business out of?

4      MR. BUERKLE:  Yes.

5      DETECTIVE LOGAN:  Is that your -- like your business

6 office?

7      MR. BUERKLE:  Yes.

8      DETECTIVE LOGAN:  You have several computers in there.  Do

9 you have other people that work with you as well that come in

10 and work, or are you --

11      MR. BUERKLE:  Not presently, but I am -- I'm -- what I was

12 hoping to do is get a office --

13      DETECTIVE LOGAN:  Uh-huh (affirmative).

14      MR. BUERKLE:  -- here at --

15      DETECTIVE LOGAN:  Like rent -- lease a space somewhere?

16      MR. BUERKLE:  Rent a space and then move everything and

17 then have a --

18      DETECTIVE LOGAN:  So do you currently work on all the

19 computers or do you have a certain one that's yours or you were

20 just having others to hope that you'd get employees later?

21      MR. BUERKLE:  Yeah, I was trying to arrange it so that

22 when I moved I would be -- have enough for a secretary and a --

23 and a receptionist and myself at least.  But I haven't made

24 that move yet, but I'm kind of just slowly building up enough

25 equipment to be able to have a little -- rent a space somewhere

Gaylene's Word Services

(907) 338-3936

1  and be able to have that.

2      DETECTIVE LOGAN:  Do you -- we noticed there was a camera

3  also up on the ceiling pointed down on that.

4      MR. BUERKLE:  It's an Internet camera.

5      DETECTIVE LOGAN:  Just -- okay.

6      MR. BUERKLE:  Close-circuit Internet.

7      DETECTIVE LOGAN:  Do you -- does -- is Buerkle Homes your

8  only company or do you have other -- other companies?

9  Sometimes there's little subsidiaries people have or --

10     MR. BUERKLE:  Uh-huh (affirmative).

11     DETECTIVE LOGAN:  -- you know, like keep equipment leasing

12 in one and the construction -- I mean, do you have any other

13 company names or that you have --

14     MR. BUERKLE:  BART B (ph) Construction is the company that

15 was founded.

16     DETECTIVE LOGAN:  That -- like the original company?

17     MR. BUERKLE:  Original company.

18     DETECTIVE LOGAN:  Okay.

19     MR. BUERKLE:  B-A-R-T-B Construction.

20     DETECTIVE LOGAN:  Um-hum (affirmative).

21     MR. BUERKLE:  And then we -- the Securities and

22 Commissions -- Banking Securities and Commissions Board, they

23 have a web site, and you can pull that right up, and it'll --

24 it says, Buerkle Homes, BART B Construction is what -- Buerkle

25 Homes is what it -- changed its -- in December.  Originally in

1    August of 2002 it was BART B Construction.  Then I changed it

2    in December, a couple years -- year ago.

3          DETECTIVE LOGAN:  Okay.  I mean, so do you currently like

4    have an Alaska business license under BART B?

5          MR. BUERKLE:  Yes.

6          DETECTIVE LOGAN:  Okay.

7          MR. BUERKLE:  Yeah, I had licenses under both of them.

8          DETECTIVE LOGAN:  On -- on both of them?

9          MR. BUERKLE:  After Buerkle Homes, I just changed -- one

10   may have run out and one overlaps.  I think that that's what it

11   was, but yes, I have licenses.

12         DETECTIVE LOGAN:  And in -- okay.

13         MR. BUERKLE:  Uh-huh (affirmative).

14         DETECTIVE LOGAN:  That's -- because I'm a financial

15   detective with Anchorage Police Department, so we were just,

16   you know --

17         MR. BUERKLE:  I see.

18         AGENT BOBICH:  That's why I -- I have curiosities with --

19   with the business stuff on --

20         MR. BUERKLE:  You're -- well, I'm just -- I'm trying --

21   I -- I can't even afford an office right now.

22         MR. BUERKLE:  But I'm trying.

23         AGENT BOBICH:  Uh-huh (affirmative).  How is business

24   going?

25         MR. BUERKLE:  Business is going really good in Anchorage,

1  actually.  I've been here seven years, and I've just got to the
2  point where I've bid 92 houses in -- for Discovery Homes.
3  They're where Tudor and Muldoon -- in that corner.
4      AGENT BOBICH:  Um-hum (affirmative).
5      DETECTIVE LOGAN:  Um-hum (affirmative).
6      MR. BUERKLE:  There's a tract of 92 houses there.  And I
7  got the bid.  I bid this project back in the winter.
8      AGENT BOBICH:  Who's -- who's the guy who's doing that?
9      MR. BUERKLE:  Bobby Joe (ph) is the --
10     AGENT BOBICH:  Is that his first name or is --
11     MR. BUERKLE:  Bobby Joe is who he is.  He's got all my
12 paperwork.  He's the foreman on the job, right there on the
13 corner.
14     AGENT BOBICH:  Where that -- the turn?
15     DETECTIVE LOGAN:  Tudor.
16     AGENT BOBICH:  Yeah, we've seen it.  Uh-huh (affirmative).
17     MR. BUERKLE:  He's got the trailer right there.  You go in
18 there and that's -- you'll talk to Bobby Joe and he knows I've
19 got all my paper down, I got 92 houses to build.
20     AGENT BOBICH:  Okay.
21     MR. BUERKLE:  I'm just waiting for him to --
22     AGENT BOBICH:  Aren't they having some swamp problems over
23 there, or do you know, drainage or are they working on that?
24     MR. BUERKLE:  They were.  They were.
25     AGENT BOBICH:  They got it fixed?

1     MR. BUERKLE:  I think they've got it fixed.  They're still
2  going through the municipality to get the paperwork signed.
3     AGENT BOBICH:  Okay.
4     MR. BUERKLE:  But the foundations is -- I think they're
5  starting on one end, and just digging --
6     DETECTIVE LOGAN:  I see where they've cut the road in and
7  they have the lot signs up there and stuff like that.
8     MR. BUERKLE:  Uh-huh (affirmative).  They've -- they've
9  done some digging foundational.  It seems to me maybe they're
10 bringing the water and sewer into the footprint or it's over on
11 the Tudor side.
12    AGENT BOBICH:  Uh-huh (affirmative).
13    MR. BUERKLE:  Right near the road, actually.  And I've
14 just been able to -- it's been going on for the last three
15 days.  I'm hoping to see some bricks come in, so that I -- some
16 foundations go down, but I haven't spoken with him recently.
17 And I've just seen that dirt being moved.  I've had these
18 lawyers that I had to talk with on this last project that I did
19 and haven't had a chance to talk to him lately.  But the
20 project is that -- I sold to Harrison Quality Homes.  There --
21 there's a project on Tudor and -- where Tudor turns into -- no,
22 where Dowling turns into Potter in the corner.
23    DETECTIVE LOGAN:  Um-hum (affirmative).  Right.
24    MR. BUERKLE:  That used to be my property.  That's why I
25 got -- I had $54,000 in that property.

1    DETECTIVE LOGAN:  Oh, is that that one lawsuit, then?

2    MR. BUERKLE:  Yeah.

3    DETECTIVE LOGAN:  Okay.

4    MR. BUERKLE:  But I've been trying to get that money back.

5    It's -- the property has been sold to Mr. Harrison, and he's

6    moving on forward with the project.  My former financier,

7    actually, I had to -- I had to have him do something else.  He

8    wasn't doing a well enough job that I could afford him doing

9    any further work for me.  And so he was relieved of his

10   responsibilities, although, you know, that project was in -- he

11   bought it with his own money.  He bought the land, and then it

12   was going to be -- as the financier, we were going to convert

13   it over into corporate stock.  We was in a bit of a

14   partnership, and that's about where it ended is I got $54,000

15   deep into it, and then I says I better get out of this while I

16   can because nothing's being converted over to stock.  So I'm in

17   that difficulty right now with --

18   DETECTIVE LOGAN:  Right.  What's your specialty?  I mean,

19   do you build the houses from footer up or do you do the

20   framework or --

21   MR. BUERKLE:  Yes.

22   DETECTIVE LOGAN:  -- you just -- the entire -- you get

23   a -- you contract a crew and you do the entire house or --

24   MR. BUERKLE:  I can do the whole thing, but with

25   Discovery, they're putting down all the foundations, and I'm

1  just framing.

2      DETECTIVE LOGAN:  Okay.

3      MR. BUERKLE:  Strictly framing from the -- the plate to

4  sheeting the roof, and that's -- frame inspection.  Once

5  framing inspection is done, I get paid.

6      DETECTIVE LOGAN:  Okay.  And so then they take care of

7  electricians and plumbers and all that stuff?

8      MR. BUERKLE:  Yeah.

9      DETECTIVE LOGAN:  All right.  You -- do you know this

10 person right here?

11     MR. BUERKLE:  I've never seen that guy.  I don't -- no.

12     DETECTIVE LOGAN:  You don't know him?

13     MR. BUERKLE:  Doesn't look familiar.

14     DETECTIVE LOGAN:  Do you remember -- for BART B

15 Construction you had -- you had been given some checks.  Can

16 you tell me what these checks were for?  As it turned out, the

17 checks weren't -- they were on a closed account.  Can you tell

18 me what you received payment on that for or what those were all

19 about?  That's BART B Construction, correct?  That's your

20 company there?

21     MR. BUERKLE:  Yes.

22     DETECTIVE LOGAN:  Okay.  The checks are on First National

23 Bank from a Richard J. Carl (ph), Checks 1036 and, what, 1035.

24     MR. BUERKLE:  Um-hum (affirmative).

25     DETECTIVE LOGAN:  Do you -- do you recall those checks?

1    MR. BUERKLE:  Not right offhand.  I would probably need to
2  get into some records.
3    DETECTIVE LOGAN:  Okay.  That was when, October --
4    MR. BUERKLE:  '04.
5    DETECTIVE LOGAN:  So you don't have any recollection of
6  what those checks were for or what you received payment on
7  those for?
8    MR. BUERKLE:  Probably a construction of some sort, yeah.
9    AGENT BOBICH:  Do you keep all your records on your
10  computer or do you keep a file -- a file cabinet?
11    MR. BUERKLE:  Mostly just on paper.
12    AGENT BOBICH:  On paper?  Okay.
13    DETECTIVE LOGAN:  Yeah, because these were deposited into
14  your account, I guess, at Key Bank.  You had a Key Bank account
15  for BART B?
16    MR. BUERKLE:  Uh-huh (affirmative).
17    DETECTIVE LOGAN:  Do you have any other banks that you use
18  or is that the only one?
19    MR. BUERKLE:  Yeah, First National.
20    AGENT BOBICH:  Um-hum (affirmative).
21    MR. BUERKLE:  I think I've -- I've got about $100 in it.
22    DETECTIVE LOGAN:  Okay.  Any of the credit unions or just
23  this one?
24    MR. BUERKLE:  Just this one.
25    DETECTIVE LOGAN:  And this was Key Bank actually that you

1  deposited.  Yeah, because these checks actually, as you can

2  see, the bank brought these over.  They were on an account

3  closed.  Okay.  So, you know, you've received a check and you

4  deposited them, and so I was hoping you could tell me what --

5  what kind of work or who this Richard Carl is.

6      MR. BUERKLE:  No.

7      DETECTIVE LOGAN:  Do you know who Richard Carl is?

8  Because in depositing those checks, then they took them.  You

9  had an account in good standing.  They entered it into your

10  account, and then you came back later and you withdrew funds.

11  And of course, then the checks came back as account closed, so

12  Key Bank is out.  There was several other checks.  These are

13  just two of the originals I have.  So they're out $20,000-some.

14  Okay?  So you were able to come in and take the $20-some -- I

15  think it was $21- or $26,000 out, and so the bank is out

16  $20,000-some.  Have they contacted you to let you know that

17  they're out money or -- or, you know, help out -- you took

18  money and we shouldn't have given it to you?  Have they asked

19  you to come back and --

20      MR. BUERKLE:  Not recently.  I've had some contacts with

21  them before.

22      DETECTIVE LOGAN:  Um-hum (affirmative).

23      MR. BUERKLE:  Um-hum (affirmative).

24      DETECTIVE LOGAN:  Okay.  So you don't -- you don't

25  remember those checks or whether the bank is trying to

1  collect from you?

2  MR. BUERKLE:  I don't know who the checks were

3  (simultaneous speech).  Not exactly.  I would need to get

4  some -- get some more documents, though I'm sure we can sort it

5  out.  I don't -- I'm not sure.

6  DETECTIVE LOGAN:  Okay.  And I didn't hear your ans -- did

7  you did a lot of your work on your computer at home --

8  MR. BUERKLE:  Yeah.

9  DETECTIVE LOGAN:  -- for the business?

10  MR. BUERKLE:  Yeah, I just have files that I keep monthly

11  statements in.  They're in one of the bedrooms.  I just got

12  through doing all my statements.  They're month to month in

13  boxes, from year to year.

14  DETECTIVE LOGAN:  Okay.

15  MR. BUERKLE:  It's all the bills that come in.

16  DETECTIVE LOGAN:  What are your -- besides the job that

17  you just did out there on Tudor and Muldoon, what are some of

18  your more recent jobs that you've been able to complete?

19  MR. BUERKLE:  Well, most recently I was on that project in

20  the corner there of Dowling and Potter.

21  DETECTIVE LOGAN:  Um-hum (affirmative).

22  MR. BUERKLE:  And my financier and I just weren't getting

23  along, so it may have -- at the time, it may have had something

24  to do with that.  He was taking care of all the finances then.

25  DETECTIVE LOGAN:  Um-hum (affirmative).

*Gaylene's Word Services*
*(907) 338-3936*

1     MR. BUERKLE:  So I -- like I say, I'm not sure exactly

2  what's going on with that, but I had to dismiss him because it

3  wasn't working out.

4     AGENT BOBICH:  Okay.

5     MR. BUERKLE:  And he was taking care of all those matters.

6     AGENT BOBICH:  And who was that, man?

7     MR. BUERKLE:  John Smodey.

8     AGENT BOBICH:  John, what was it?

9     MR. BUERKLE:  Smodey.

10    AGENT BOBICH:  Snowdy.  Is it S-n?

11    MR. BUERKLE:  No.  S-m --

12    AGENT BOBICH:  M?

13    MR. BUERKLE:  -- o-d-e-y.

14    AGENT BOBICH:  e-y?  Okay.  And how long had he been with

15 you?

16    MR. BUERKLE:  I've known him for about two years, I guess,

17 and then we decided to go into a business venture.

18    AGENT BOBICH:  And he did all your financial stuff?

19    MR. BUERKLE:  Um-hum (affirmative).

20    DETECTIVE LOGAN:  So when did all that kind of break down,

21 that project on Dowling, like what -- like approximately what

22 month or -- that that had occurred?

23    MR. BUERKLE:  I'm not really sure.

24    DETECTIVE LOGAN:  Do you know where John is now or --

25    MR. BUERKLE:  No.

1      DETECTIVE LOGAN:  Is he still in Anchorage, do you -- do

2  you believe, or --

3      MR. BUERKLE:  He should be.

4      DETECTIVE LOGAN:  Where was he living when you knew him or

5  how would you contact him or --

6      MR. BUERKLE:  I would contact him on the telephone, and he

7  was living off and on with his dad over in Muldoon.

8      DETECTIVE LOGAN:  Okay.  So you think he might be able to

9  shed some light on this, on these checks here?

10     MR. BUERKLE:  Probably.  I -- I -- more so than I would.

11     DETECTIVE LOGAN:  Okay.  But you don't know Richard Carl?

12     MR. BUERKLE:  Not that -- I don't think that I met him.

13  And if that was him, I hadn't -- he doesn't look familiar.

14     DETECTIVE LOGAN:  Okay.  Because, you know, if you -- if

15  you took checks -- I mean, I'm -- I'm wondering how you got the

16  checks if you don't know Richard Carl.

17     MR. BUERKLE:  Uh-huh (affirmative).  Maybe just by make --

18  likely a deposit.

19     DETECTIVE LOGAN:  Okay.  Because the bank -- the bank also

20  says that when you came in on those checks that they had a

21  teller -- I forget her name -- but you actually talked with

22  somebody at the Benson branch.  Let me see if I can find her

23  name in here real quick.  Oh, that's from the corporate office,

24  but they had notes in here that you actually spoke with

25  somebody.  And like I said, there was four -- four or five

1  checks and they all totaled -- from Mr. Richard Carl that you

2  deposited that totals $20,000-some, and then they were all

3  back -- oh, Bridget -- Bridget Lampert (ph) spoke with you on

4  October 8th about the checks.

5      MR. BUERKLE:  On Benson?

6      DETECTIVE LOGAN:  At the --

7      MR. BUERKLE:  I don't even recall that at all.

8      DETECTIVE LOGAN:  Okay.

9      MR. BUERKLE:  I don't --

10     DETECTIVE LOGAN:  And this is from the corporate security

11 summary from Key Bank.

12     MR. BUERKLE:  Let's see, I may have -- I have -- no, I do

13 the blueprints and one thing and another.  I got a lot of --

14 but, anyway, I may have passed on those sentiments.

15     DETECTIVE LOGAN:  Uh-huh (affirmative).

16     MR. BUERKLE:  But I don't recall exactly what they were

17 about at this time.

18     DETECTIVE LOGAN:  Okay.  Good enough.  And while -- while

19 we're here if there's another -- we had -- we received another

20 police report a couple years ago.  Do you know Hal Gage (ph)?

21     MR. BUERKLE:  Yeah.  I knew someone --

22     DETECTIVE LOGAN:  Did you know that he made a police

23 report?  He was the complainant; he put you down as the suspect

24 or the person of interest here.  He says he was an ex-business

25 associate of yours, is that correct, Hal Gage?

1       MR. BUERKLE:  We -- we did work together.

2       AGENT BOBICH:  Okay.

3       MR. BUERKLE:  Actually, I did an addition to his house.

4       DETECTIVE LOGAN:  And this is a report that nothing was

5  ever followed up on, so since here we're now, I just thought I

6  would ask you about it.

7       MR. BUERKLE:  Yeah.

8       DETECTIVE LOGAN:  He's -- he's claiming that back then --

9  and, of course, like I said, we -- we didn't follow through on

10  this report.  I think they called the U.S. Postal Service and

11  they didn't do anything with it, but it -- he said that they --

12  that -- Hal Gage claims that you attempted to obtain a credit

13  card in his name through the Internet.

14      MR. BUERKLE:  Yeah, I don't know what that would be, but I

15  do know that he -- and there should be a police report there

16  that he stole my tools.

17      DETECTIVE LOGAN:  That he stole your tools?

18      MR. BUERKLE:  Well, he didn't steal them.  He --

19      DETECTIVE LOGAN:  Did you make the report?  Were you the

20  complainant on that report?

21      MR. BUERKLE:  Yeah, there was a policeman on the premises.

22  He got -- he gave me my -- he had Hal Gage give me my tools

23  back.

24      DETECTIVE LOGAN:  Oh, okay.  So maybe nothing was written

25  down, because I -- I searched through to see what all was --

1        MR. BUERKLE:  Yeah.

2        DETECTIVE LOGAN:  Okay.  And that --

3        MR. BUERKLE:  I don't know.  He returned my tools to me.

4        DETECTIVE LOGAN:  Okay.

5        MR. BUERKLE:  And the policeman was there and then it was

6    all resolved.

7        DETECTIVE LOGAN:  Okay.  So you -- so the two of you kind

8    of had a falling out then at some point?

9        MR. BUERKLE:  To an extent, yeah, that he -- the house

10   began having more of an expense than what the original sum of

11   money to be agreed upon was, and so I explained to him that it

12   was going to cost a little bit more.

13       DETECTIVE LOGAN:  Um-hum (affirmative).

14       MR. BUERKLE:  And it -- he wasn't agreeing.

15       DETECTIVE LOGAN:  Um-hum (affirmative).

16       MR. BUERKLE:  And so I came back one afternoon and all my

17   tools were gone, so I called the police, and it took probably

18   three weeks.  And then finally we got a policeman on the

19   property, because they said they were really busy and one thing

20   and another, and finally got a policeman on the property.  And

21   then they happened to be packed away in his garage in the back

22   in a pile.  And then they were given back to me, and so --

23       DETECTIVE LOGAN:  Okay.  But you haven't had any contact

24   with him in --

25       MR. BUERKLE:  No.

1    DETECTIVE LOGAN:  And like I said, this was December --
2    this was like two years ago, so -- okay.  So I mean, like if
3    I -- if I drive around Anchorage and I'm looking at houses, I
4    mean, are there any houses up in Anchorage right now that you
5    actually built?  Like, what are some properties that you
6    actually -- did you -- that you were able to complete?  Sounds
7    like you had a couple of projects that (simultaneous speech).
8        MR. BUERKLE:  That didn't work -- I completed one in
9    Wasilla actually.
10       DETECTIVE LOGAN:  Oh.
11       MR. BUERKLE:  With this John Smodey, and it was his home.
12       DETECTIVE LOGAN:  Okay.  So --
13       MR. BUERKLE:  But yeah.  He was --
14       DETECTIVE LOGAN:  When did you meet John?  How long --
15       MR. BUERKLE:  It's been like four years ago.
16       DETECTIVE LOGAN:  Four years ago?
17       MR. BUERKLE:  I knew him for a couple of years.  Then I
18   helped him finish his house out in Wasilla, ma'am, and then we
19   went into this business venture a couple years ago, and
20   that's -- I haven't been able to recover most of my funds from
21   this business venture that -- with these two lawyers that I'm
22   working with.  I did this -- the one little project, little
23   $8,000 -- it was for another person that also -- and the
24   project began.  It's an owner/builder and most of the time --
25       DETECTIVE LOGAN:  Uh-huh (affirmative).

Gaylene's Word Services
(907) 338-3936

1      MR. BUERKLE:  -- sometimes that the owners need to have

2  more done, you know, than originally anticipated.  And so the

3  cost begins to increase, and then he seems to be

4  (indiscernible) out.

5      DETECTIVE LOGAN:  The business venture you got on John

6  Smodey, was that -- did you name the business venture?  Did you

7  get a name or get a license for it or set anything up, accounts

8  or anything?

9      MR. BUERKLE:  We were -- we were going to.  Yes, we had a

10  joint business account.

11      DETECTIVE LOGAN:  Um-hum (affirmative).

12      MR. BUERKLE:  And --

13      DETECTIVE LOGAN:  Do you remember what bank you put that

14  in?

15      MR. BUERKLE:  Yes, it was First National, and the account

16  is still open.

17      DETECTIVE LOGAN:  Okay.

18      MR. BUERKLE:  I since have reverted it to my name, the

19  corporation's name.

20      DETECTIVE LOGAN:  To the BARB or to the Buerkle Homes?

21      MR. BUERKLE:  Buerkle Homes.

22      DETECTIVE LOGAN:  Okay.  So you -- you don't know John

23  Smodey's number off the top of your head or anything?  I'll see

24  what I can find out there.  Anything else?

25      AGENT BOBICH:  No.  I'm going to have him sign this, and

1  do you want to go back over and do a consent again on record?

2  I -- I didn't go through yesterday over at your location.  Do

3  you think that they found everything that we need to be

4  concerned weapon-wise?

5       MR. BUERKLE:  Absolutely.  There wouldn't be.

6       AGENT BOBICH:  There were no additional weapons?

7       MR. BUERKLE:  No.

8       AGENT BOBICH:  What about a .38 handgun?  You had a lot of

9  .38 ammunition on the one bandolier.  Do you --

10       MR. BUERKLE:  That -- yeah.

11       AGENT BOBICH:  Did you own a .38 at one time?

12       MR. BUERKLE:  Yeah.  It was lost several years ago.

13       AGENT BOBICH:  Okay.

14       MR. BUERKLE:  I also bought it through the newspapers

15  being advertised.

16       AGENT BOBICH:  Okay.

17       MR. BUERKLE:  And, yeah, yeah.

18       AGENT BOBICH:  So you had it a while ago, but it's gone?

19       MR. BUERKLE:  It's gone.

20       AGENT BOBICH:  Okay.  Did you ever make a police report?

21  You said you lost it or --

22       MR. BUERKLE:  Yeah.  No.

23       AGENT BOBICH:  -- did you -- okay.  Okay.  So we don't

24  need to be concerned that there's anything else.  What about in

25  your truck or in your trailers?

1    MR. BUERKLE:  No.

2    AGENT BOBICH:  Okay.

3    DETECTIVE LOGAN:  I think that's -- that's good.  Okay.

4    AGENT BOBICH:  We appreciate your time this morning, so --

5    your hearing is at 2 o'clock, but they're -- we're going to

6    come in here probably -- we've got to process you, do

7    fingerprints and photographs from our office.  (Indiscernible -

8    foreground noises) to do the same thing because they have their

9    own (indiscernible).  So what we'll do is we'll process you up

10   here.  (Indiscernible) will come in here and do that on my

11   little computer screen.  And then they'll take you downstairs,

12   make sure you get lunch, they'll take care of that, and then

13   take you downstairs to the Marshal, and then your hearing's at

14   2 o'clock.

15   MR. BUERKLE:  Okay.  Yeah.  If there's any question, if

16   you know where that job site is, they have -- Discovery Homes,

17   Danny Joe (ph) knows me.

18   AGENT BOBICH:  Okay.

19   MR. BUERKLE:  That --

20   AGENT BOBICH:  Is Joe his last name or is that just kind

21   of his --

22   MR. BUERKLE:  I think (indiscernible) is his name, Danny

23   Joe.  He's the superintendent there.

24   DETECTIVE LOGAN:  Uh-huh (affirmative).

25   MR. BUERKLE:  And this project is -- it's -- I've been

Exhibit B, Part 2
Page 46 of 50

1  waiting all winter for it, and I need to get on this project.

2  I need this.

3      DETECTIVE LOGAN:  I think it was the drainage.

4      MR. BUERKLE:  I just --

5      DETECTIVE LOGAN:  It's kind of a swamp there.  I think

6  they were having drainage problems and that's what put it on

7  hold for so long.

8      MR. BUERKLE:  Really?

9      DETECTIVE LOGAN:  Um-hum (affirmative).

10     MR. BUERKLE:  I don't doubt it.

11     DETECTIVE LOGAN:  They were pumping.

12     MR. BUERKLE:  Yeah.

13     DETECTIVE LOGAN:  They were pumping water and some other

14 things there.

15     MR. BUERKLE:  I see.

16     DETECTIVE LOGAN:  And -- but they're continuing, so I

17 don't know if they brought in enough gravel to get it under

18 control or what.

19     MR. BUERKLE:  I think that might be the work that they're

20 doing near there on Tudor is a drainage pit of some kind.

21     DETECTIVE LOGAN:  Um-hum (affirmative).

22     MR. BUERKLE:  I have not (indiscernible).  But I do know

23 that I have been waiting since winter to start this project

24 framing so I can catch up on my bills.  I don't deny that I

25 have bills way over my head, and I did have some outstanding

1   debts.  But I've been waiting on this project.  Ninety-two

2   houses will clear me with everything if I can just get on this

3   project, but -- and I'm -- as a corporation, a business,

4   contracting builder, all my paperwork is in with Danny Joe.

5   It's all been approved, and I'm just waiting to start this job.

6        AGENT BOBICH:  Okay.  Let me go grab Pete.  I'm going to

7   put it back in here and I'll have you sign this first

8   (indiscernible).

9        (Agent Bobich exits)

10       DETECTIVE LOGAN:  Yeah, I know someone who lives in the --

11  that neighborhood behind there where the Scenic Park -- Scenic

12  View, and so, of course, you know, for years people in that

13  neighborhood who had their kids play in this big wooded area,

14  and they --

15       MR. BUERKLE:  It was a wooded area.

16       DETECTIVE LOGAN:  And they could do like dirt bike and

17  four-wheelers.  And -- and then all of a sudden they came in to

18  develop it.

19       (Agent Bobich enters with unidentified person conducting

20  simultaneous conversation in the background)

21       MR. BUERKLE:  (Simultaneous speech) --

22       DETECTIVE LOGAN:  Yeah, some people aren't very happy

23  about it, but, you know, it's nice.

24       MR. BUERKLE:  Nice view there, though, very much.

25       (Simultaneous background conversation)

1    DETECTIVE LOGAN:  So that's how come I -- because of these
2  neighbors -- or not my neighbors --
3    MR. BUERKLE:  Really?
4    DETECTIVE LOGAN:  -- but people that I know that live
5  there, that's how I know about some of the drainage problems
6  that they were having, because I think at one point they were
7  running those pumps late a night, and they were making a lot of
8  noise.  And they had -- they had called for noise complaint,
9  you know, after 10:00 p.m., and they had to stop all the noise
10 (indiscernible).
11    (Indiscernible background conversation)
12    DETECTIVE LOGAN:  Time is now 1105 hours on July 22nd,
13 2005.  This is Detective Logan, DSM 1281.  Once again, the case
14 number 0456165, interview with Wesley Buerkle or Buerkle
15 (Burklee), I guess I'm being corrected.  Buerkle.  And this
16 will be the end of the recording.
17 00:46:24
18                          END OF INTERVIEW
19
20
21
22
23
24
25

1                        <u>TRANSCRIBER'S CERTIFICATE</u>

2          I, M. GAYLENE LARRECOU, do hereby certify:

3          That the foregoing is a full, true, and correct transcript

4    of a recorded law enforcement interview of Wesley Buerkle; that

5    the transcription was performed by me to the best of my

6    knowledge and ability from the audio recording.

7

8    _____          <u>8-10-05</u>
                                              Date
9    M. GAYLENE LARRECOU
     Court Reporter/Transcriber
     Alaska Court System Certified
10   United States Court Approved
     AAERT Certificate 00285
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Gaylene's Word Services*
(907) 338-3936