NELSON P. COHEN
United States Attorney

BRYAN D. SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99507
(907) 271-5071
e-mail: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:05-cr-00054-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO ACCEPT LATE |
| | ) | FILED SENTENCING |
| | ) | MEMORANDUM |
| WESLEY B. BUERKLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States of America, by and through counsel, and

submits this motion to accept late filed sentencing memorandum.  The Government

acknowledges that the sentencing memorandum is filed 1 day late.

Government counsel has no excuse, counsel simply failed to properly calendar the

due date of Mr. Buerkle's sentencing.

     RESPECTFULLY SUBMITTED this 27th day of February, 2007 at

Anchorage, Alaska.

                  NELSON P. COHEN
                  UNITED STATES ATTORNEY

                  s/Bryan Schroder
                  BRYAN SCHRODER
                  Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2007
a copy of the foregoing was served
electronically on:  Kevin McCoy, Assistant Federal Defender

s/Bryan Schroder