# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*United States v. Buerkle*
Case No. 3:05-cr-00054-JKS

By: THE HONORABLE JAMES K. SINGLETON

Deputy Clerk: Linda Christensen, Case Management: 677-6104*

PROCEEDINGS: ORDER FROM CHAMBERS

Plaintiff moves the Court to accept a one-day late sentencing memorandum. Docket No. 48. The sentencing hearing is set for Monday, March 5, 2007 at 11:00 a.m. In the interest of judicial economy, the Court will grant the motion without hearing from the Defendant.

**IT THEREFORE ORDERED:**

The Motion at **Docket No. 48** is **GRANTED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: February 28, 2007

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.