MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __WESLEY B. BUERKLE__   CASE NO. __3:05-cr-00054-JKS__
Defendant:_X_ Present   _X_ In Custody   __ On Summons   __ On Bond

BEFORE THE HONORABLE:       JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:      LINDA CHRISTENSEN

UNITED STATES' ATTORNEY:    BRYAN SCHRODER

DEFENDANT'S ATTORNEY:       KEVIN MCCOY

U.S.P.O.:       TIM ASTLE

PROCEEDINGS: IMPOSITION OF SENTENCE Held 3/06/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:07 p.m. court convened.

Court and counsel heard re: counsel's disagreement of intent of plea agreement stated at Proposed Change of Plea Hearing.

Allocution heard.

Court directed that the Probation Officer investigate possible release options and also determine how long the defendant has been in federal custody and make a report to the court.

Court continued sentencing hearing to Wednesday, March 7, 2007 at 4:00 p.m.

Defendant's custody continued.

At 3:54 p.m. court adjourned.

OFF RECORD: Defendant counsel given Notice of Appeal form

DATE:   March 6, 2007         DEPUTY CLERK'S INITIALS:   lc