MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.  WESLEY B. BUERKLE          CASE NO. 3:05-cr-00054-JKS
Defendant: X Present    X In Custody    __On Bond

BEFORE THE HONORABLE:    JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:    LINDA CHRISTENSEN

UNITED STATES ATTORNEY:    BRYAN SCHRODER

DEFENDANTS ATTORNEY:    KEVIN MCCOY

U.S.P.O.:          TIM ASTLE

PROCEEDINGS: CONTINUED IMPOSITION OF SENTENCE HELD 3/7/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:06 p.m. court convened.

X Notice of Appeal form previously given to defense counsel.

X Court stated findings/reasons pursuant to sentencing guidelines.

X Imprisonment for a period of 24 months as to Count 1 and 23 months as to Count 2 , based on downward departure, to run concurrently.

X Defendant placed on supervised release for a period of 3 years as to each of Counts 1 and 2 to run concurrently, under the usual terms and conditions with the following special conditions: the defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer; in addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall participate in mental health programs approved by the United States Probation Office which may include substance abuse treatment to include testing to determine whether the defendant has reverted to the use of drugs or excessive use of alcohol, if prescription medication is recommended by the defendant's mental health professional, the defendant must strictly adhere to

Continued on Page 2

DATE:   March 7, 2007            DEPUTY CLERK'S INITIALS: lc

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
U.S.A. vs. WESLEY B. BUERKLE
CASE NO. 3:05-cr-00054-JKS
Continued Imposition of Sentence Hearing - Page 2
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ingestion of the medication on the prescripted schedule; failure to do so may be grounds for revocation of supervised release; the defendant shall submit to warrantless search of his person, residence, vehicle, personal effects, place of employment, and other property by a federal probation or pretrial services officer or other law enforcement officer acting at the direction of his probation officer, based upon reasonable suspicion of contraband or a violation of a condition of supervision my be found on the premises to be searched, failure to submit to a search may be grounds for revocation of supervised release; the defendant shall provide the probation officer access to any requested financial information, including authorization to conduct credit checks, and shall not incur any new debts or apply for credit without the prior approval of the probation officer; the defendant shall not possess a firearm, destructive device, or other weapon; the defendant shall reside in a community correctional center (CCC) for a term of 90 consecutive days, commencing on his date of release from incarceration or as directed by the probation officer, within the first year of supervision, shall comply with the rules of the center, and may participate in a work release program as administered by the center, the defendant may be released from the CCC prior to completing a term of 90 days if a release plan is approved by the probation officer.

X Special Assessment $ 200.00 , due immediately; payment coupon given to defendant.

X Defendant remanded to the custody of the U.S. Marshal.

X OTHER: Court requested that Mr. McCoy file the Notice of Appeal on behalf of his client.

At 4:39 p.m. court adjourned.


DATE:   March 7, 2007                 DEPUTY CLERK'S INITIALS: lc