NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 272-5011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-054-JKS |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF DECLARATION OF** |
| v. | ) | **ADMINISTRATIVE FORFEITURE** |
| WESLEY B. BUERKLE, | ) | |
| Defendant. | ) | |

      Plaintiff United States of America, by and through counsel, hereby informs the Court that the government will not be pursuing forfeiture of the two firearms described in Criminal Forfeiture Count 3 of the Indictment. The seizing agency (ATF) just informed the government that said firearms were already forfeited on September 5, 2005, pursuant to its

Declaration of Administrative Forfeiture (attached Exhibit 1).

DATED this 14th day of March, 2007 in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/James Barkeley
> JAMES BARKELEY
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3699
> Fax: (907) 272-5011
> Email: jim.barkeley@usdoj.gov
> Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy
of the foregoing NOTICE OF DECLARATION OF ADMINISTRATIVE
FORFEITURE was sent via U.S. Mail this 14th day of March, 2007, to:

WILL SHERMAN     (Counsel for Nada Mortenson)
645 G Street, Suite 100
Anchorage, AK 99501

s/James Barkeley