# DECLARATION OF ADMINISTRATIVE FORFEITURE

September 6, 2005

| | | |
|---|---|---|
| Agency Case Number | : | 787010-05-0082 |
| Seizure Number | : | 787010-05-0082-01 |
| Asset Identification | : | See Attached List |

On 4/30/2005 at ANCHORAGE, AK, the described property(ies) was/were seized for forfeiture pursuant to 19 USC 1602-1621.

In accordance with 19 USC 1602-1621, notice of the seizure and intent to forfeit was published on the following dates 6/23/2005, 6/30/2005, 7/7/2005, 8/4/2005, 8/11/2005, 8/18/2005 and was sent to each party who appeared to have an interest in this/these property(ies).

Because there was/were not any claim(s) and bond(s) filed for the property(ies) within twenty (20) days from the date of the first publication of the notice of Seizure, it is hereby declared that the property(ies) has/have been forfeited to the United States Government pursuant to 19 USC 1602 - 1621.

*[signature: Geneva M Dunaway]*

Geneva Dunaway
SAC, AF&SP Branch

For Official Use Only

ASSET LIST for Declaration of Admin. Forfeiture

Agency Case Number    :    787010-05-0082
Seizure Number        :    787010-05-0082-01

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE |
| --- | --- | --- |
| 787010-05-0082-01-0002-01 | 1 Each (223 CALIBER) Rounds (70 ROUNDS) | $7 |
| 787010-05-0082-01-0005-01 | 1 Each (12 CALIBER) Rounds (6 ROUNDS) | $.6 |
| 787010-05-0082-01-0003-01 | BUSHMASTER FIREARMS Rifle, SN:BF1405530 | $1000 |
| 787010-05-0082-01-0006-01 | MOSSBERG 590DA1 Shotgun, SN:NONE | $500 |